JENNIFER LLOYD KELLY (CSB NO. 193416)
jennifer@tyzlaw.com
RYAN TYZ (CSB NO. 234895)
ryan@tyzlaw.com
CIARA N. MCHALE (CSB NO. 293308)
ciara@tyzlaw.com
SEAN K. APPLE (CSB NO. 305692)
sapple@tyzlaw.com
TYZ LAW GROUP PC
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
Telephone: 415.868.6900

Attorneys for Plaintiff
GOOD JOB GAMES BILISM YAZILIM VE PAZARLAMA A.S.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOD JOB GAMES BILISM YAZILIM VE PAZARLAMA A.Ş. d/b/a GOOD JOB GAMES, a Turkish Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SAYGAMES, LLC, a Belarusian Business Entity, and SAYGAMES LTD, a Cypriot Business Entity,<br><br>Defendants. | Case No: 3:19-cv-07916-EMC<br><br>**GOOD JOB GAMES' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Pursuant to Civil L.R. 79-5(f), Plaintiff Good Job Games submits this Administrative Motion to Consider Whether Another Party's Material Should Be Sealed.  This motion seeks to file provisionally under seal the following documents:

- Portions of Plaintiff's Opposition to Defendants' Motion to Dismiss Amended Complaint (Dkt. No. 80)
- Portions of the Declaration of Sean Apple in Support of Opposition to Defendants' Motion to Dismiss Amended Complaint (Dkt. No. 81)
- Entirety of Exhibits 5 and 7–12 to the Declaration of Sean Apple in Support of Opposition to Defendants' Motion to Dismiss Amended Complaint (Dkt. Nos. 81-5, 81-7, 81-8, 81-9, 81-10, 81-11 and 81-12)

These documents contain information that Defendants have asserted or may assert is derived from sources designated by Defendants as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Stipulated Protective Order at Dkt. No. 54.  Good Job Games has no interest in sealing any portion of these documents and, upon order of the Court, is prepared to file unredacted versions.

In compliance with Civil L.R. 79-5(e), Good Job Games attaches full and unredacted versions of the documents subject to this motion.  For documents that are partially subject to this motion, Good Job Games has highlighted the portions to be provisionally sealed.

Dated: July 20, 2022

TYZ LAW GROUP PC

 */s/ Sean Apple*
Sean Apple

Attorneys for Plaintiff
Good Job Games Bilism Yazilim Ve Pazarlama A.S.