1  JENNIFER LLOYD KELLY (CSB NO. 193416)
   jennifer@tyzlaw.com
2  RYAN TYZ (CSB NO. 234895)
   ryan@tyzlaw.com
3  CIARA N. MCHALE (CSB NO. 293308)
   ciara@tyzlaw.com
4  SEAN K. APPLE (CSB NO. 305692)
   sapple@tyzlaw.com
5  TYZ LAW GROUP PC
   4 Embarcadero Center, 14th Floor
6  San Francisco, CA 94111
   Telephone: 415.868.6900
7
   Attorneys for Plaintiff
8  GOOD JOB GAMES BILISM YAZILIM VE PAZARLAMA A.S.

9

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| GOOD JOB GAMES BILISM YAZILIM VE PAZARLAMA A.Ş. d/b/a GOOD JOB GAMES, a Turkish Corporation<br><br>Plaintiff,<br><br>v.<br><br>SAYGAMES, LLC, a Belarusian Business Entity, and SAYGAMES LTD, a Cypriot Business Entity,<br><br>Defendants. | Case No: 3:19-cv-07916-EMC<br><br>**[PROPOSED] ORDER RE GOOD JOB GAMES' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

Having considered Good Job Games' July 20, 2022 Administrative Motion to Consider Whether Another Party's Material Should be Sealed, the Court hereby [GRANTS (IN PART) / DENIES (IN PART)] the Motion and ORDERS that the documents subject to the motion be [sealed / publicly filed].

**IT IS SO ORDERED.**

_____
Hon. Edward M. Chen
United States District Judge