| | |
|---|---|
| JENNIFER LLOYD KELLY (CSB NO. 193416) | Craig B. Whitney (SBN 217673) |
| jennifer@tyzlaw.com | Nicole Bergstrom (admitted *pro hac vice*) |
| RYAN TYZ (CSB NO. 234895) | FRANKFURT KURNIT KLEIN & SELZ, P.C. |
| ryan@tyzlaw.com | 28 Liberty Street, 35th Floor |
| CIARA N. MCHALE (CSB NO. 293308) | New York, New York 10005 |
| ciara@tyzlaw.com | Telephone: (212) 980-0120 |
| SEAN K. APPLE (CSB NO. 305692) | Facsimile: (212) 593-9175 |
| sapple@tyzlaw.com | cwhitney@fkks.com |
| TYZ LAW GROUP PC | nbergstrom@fkks.com |
| 4 Embarcadero Center, 14th Floor | |
| San Francisco, CA 94111 | Attorneys for Defendants |
| Telephone: 415.868.6900 | SAYGAMES, LLC and SAYGAMES LTD |

Attorneys for Plaintiff
GOOD JOB GAMES BILISM YAZILIM VE PAZARLAMA A.S.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOD JOB GAMES BILISM YAZILIM VE PAZARLAMA A.Ş. d/b/a GOOD JOB GAMES, a Turkish Corporation<br><br>Plaintiff,<br><br>v.<br><br>SAYGAMES, LLC, a Belarusian Business Entity, and SAYGAMES, LTD, a Cypriot Business Entity,<br><br>Defendants. | Case No: 3:19-cv-07916-EMC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE**<br><br>**L.R. 6-1, 7-7(b), 7-12**<br><br>Current Hearing Date: September 26, 2022<br>Proposed Hearing Date: October 6, 2022 |

Pursuant to Civil Local Rules 6-1, 7-7(b), and 7-12, Plaintiff Good Job Games Bilism Yazilim Ve Pazarlama A.S. ("GJG") and Defendants SayGames, LLC and SayGames LTD (together, "SayGames"), by and through their respective counsel, hereby respectfully stipulate as follows:

WHEREAS, on June 22, 2022, SayGames filed a motion to dismiss GJG's Amended Complaint (ECF 75 (the "Motion")), which is now fully briefed;

WHEREAS, argument on the Motion is currently scheduled for 2:30 PM on September 26, 2022 (ECF 91 (the "Hearing"));

WHEREAS, Nicole Bergstrom, as counsel for SayGames, who had intended to argue on behalf of SayGames at the Hearing, has had a family emergency this past weekend that has made her unavailable for the Hearing; and

WHEREAS, Craig Whitney, lead counsel for SayGames, is unavailable to argue at the Hearing in place of Ms. Bergstrom on that date because it is Rosh Hashanah,

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel, and subject to the approval of the Court, that the Hearing is hereby rescheduled for October ~~6~~ **13**, 2022 or as soon thereafter as the Court is available.

Dated: September 26, 2022                    TYZ LAW GROUP PC

   /s/ Sean Apple
Sean Apple

*Attorneys for Plaintiff*
*Good Job Games Bilism Yazilim Ve*
*Pazarlama A.S.*

Dated: September 26, 2022                    FRANKFURT KURNIT KLEIN & SELZ, P.C.

   /s/ Craig B. Whitney
Craig B. Whitney

*Attorneys for Defendants*
*SayGames, LLC and SayGames LTD*

1
2  PURSUANT TO STIPULATION, IT IS SO ORDERED:
3
4
5  Dated: September 26, 2077                    _____
                                                The Honorable Edward M. Chen
6                                               United States District Judge